**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00044-CV**
_____

**IN THE INTEREST OF E.A.S.-W.**

_____

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-10-14381-CV**
_____

**MEMORANDUM OPINION**

On February 5, 2024, Hannah Celeste Strahan filed a notice of appeal from a final judgment of the 410th District Court, signed on December 8, 2023. On April 5, 2024, the District Clerk notified the Court that the appellant had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. Consequently, we notified the parties that the appellant had not established indigent status and that the clerk's record had not been filed due to the appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We also warned the appellant that the appeal would be dismissed for want of prosecution

1

unless the appellant established that she had made the arrangements required to pay the fee or that she needed more time to do so. *See* Tex. R. App. P. 37.3(b). After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

In the absence of a satisfactory explanation that justifies the appellant's failure to pay or make the arrangements needed to pay for the clerk's record to support her appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on June 5, 2024
Opinion Delivered June 6, 2024

Before Golemon, C.J., Johnson and Wright, JJ.